UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>A.F.BROWN ELECTRICAL CONTRACTORS, INC., a California Corporation,<br><br>Defendant. | CASE NO. 2:16-cv-05800-AB-FFM<br>ASSIGNED TO THE HONORABLE ANDRE BIROTTE JR.<br><br>**[Proposed] JUDGMENT** |

This action having been commenced on August 4, 2016, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendant, A.F. Brown Electrical Contractors Inc., a California, and for good cause shown,

1
[PROPOSED] JUDGMENT

37. LA16CV05800-AB-O.docx

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan; Trustees of the Southern California IBEW-NECA Health Trust Fund; Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund; Trustees of the Los Angeles County Electrical Educational and Training Trust Fund; Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee; Trustees of the National Electrical Benefit Fund; Trustees of the National IBEW-NECA Labor Management Cooperation Committee; The Los Angeles Electrical Workers Credit Union; Administrative Maintenance Fund; and Contract Compliance Fund, shall recover, from Defendant, A.F. Brown Electrical Contractors Inc., a California corporation, the principal amount of $121,314.10, together with pre-judgment and post-judgment interest at the rate of 8% per annum accruing from July 15, 2017, until the judgment is paid in full.

DATED: August 8, 2017  _____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE